

1

2

3

4

5

6

7

8

9

10

11

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

12

13

14

15

16

17

18

| UNITED STATES OF AMERICA, | Case No. 2:17-CR-345-HDV |
|---|---|
| Plaintiff, | ORDER OF DETENTION |
| v. | [Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)(1)] |
| JONATHAN ALEXANDER OROZCO, | |
| Defendant. | |

19

20        On October 23, 2024, Defendant Jonathan Alexander Orozco made his initial

21    appearance on the petition for revocation of supervised release and warrant for

22    arrest. He was represented by retained counsel Ronald Hedding. The government

23    was represented by Assistant U.S. Attorney Mirelle Raza.

24        Pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. §

25    3143(a) following Defendant's arrest for alleged violation(s) of the terms of

26    Defendant's ☐ probation / ☒ supervised release,

27

28

The Court finds that:

A. ☒ Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will appear for further proceedings as required if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

The allegations in the case, which include a series of failures to appear for drug testing and treatment, and the allegation of an undisclosed cell phone, all of which reflect a failure to comply with the Court's previous orders in this case. Mr. Orozco has the burden in this posture, and he submitted on the recommendation of the Pretrial Services officer, which was a recommendation of detention.

B. ☐ Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will not endanger the safety of any other person or the community if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

*Given the above, the Court need not make a finding with respect to dangerousness.*

IT IS THEREFORE ORDERED that the defendant is remanded to the custody of the U.S. Marshal pending further proceedings in this matter.

Dated: October 23, 2024

BRIANNA FULLER MIRCHEFF
UNITED STATES MAGISTRATE JUDGE